```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
DAVY PETTIGREW, :
:
                              Plaintiff, :
:
              -against- :   1:25-cv-2616-GHW
:
BAYVIEW SOLUTIONS LLC, :   ORDER
:
                         Defendant. :
:
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      On May 9, 2025, Plaintiff filed a letter requesting that Judge Woods grant him "leave to effect new service" on Defendant. Dkt. No. 13. Plaintiff's motion is denied without prejudice. This case is referred to Magistrate Judge Ricardo for general pretrial matters and dispositive motions. Dkt. No. 6. Plaintiff may renew his request before Judge Ricardo.

SO ORDERED.

Dated:   May 13, 2025
          New York, New York

                                                       GREGORY H. WOODS
                                              United States District Judge

**SERVICE ADDRESS FOR EACH DEFENDANT**

Bayview Solutions LLC
119 Dogwood Court
Endwell, NY 13760