# THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Davy Pettigrew** )<br>　　　　**Plaintiff,** )<br>)<br>**v.** )<br>)<br>**Bayview Solutions LLC** )<br>　　　　**Defendant** )<br>)<br>) | Case No. 25-CV-2616 |

## NOTICE OF DISMISSAL

I, Davy Pettigrew, the plaintiff in this case, hereby dismiss this case with prejudice.

*[signature]*

Signature

Dated: 6/25/25